Jack P. Burden, Esq.
Nevada State Bar No. 6918
Dallin Knecht, Esq.
Nevada State Bar No. 16263
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
dallinknecht@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON BRUNA, | 2:22-cv-01872-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S LLC, a foreign limited-liability company; DOES I through X; DOE EMPLOYEES I through X; ROE MAINTENNCE COMPANIES; and ROE CORPORATIONS I through X, inclusive | |
| Defendants. | |

Plaintiff SHANNON BRUNA, by and through her counsel of record Stephen J. Mendenhall, Esq. of Henness & Haight, and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq. and Dallin Knecht, Esq. of BACKUS | BURDEN hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This case has not been set for trial.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: OCTOBER 12, 2023

BACKUS | BURDEN

By: /s/ Jack Burden
Jack P. Burden, Esq.
Dallin Knecht, Esq.
3050 South Durango Dr
Las Vegas, NV 89117
T: (702) 872-5555 – F: (702) 872-5545
*Attorney for Defendant Albertson's LLC*

DATED: OCTOBER 12, 2023

HENNESS & HAIGHT

/s/                           5842
Stephen J. Mendenhall, Esq.
Mark G. Henness, Esq.
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
T: 702.862.8200 - F: 702.862.8204
*Attorneys for Plaintiff Shannon Bruna*

### ORDER - 2:22-cv-01872-GMN-DJA

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH PREJUDICE*. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein. The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED.**

DATED this __31__ day of __October__, 2023.

_____
United States District Court Judge